| PROB.22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:02CR00017-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 05-CR-10246 |
| NAME AND ADDRESS OF SUPERVISED RELEASEE  Luis Pizarro 10 Elm Street Lawrence, MA 01841 | DISTRICT Rhode Island | DIVISION Providence |
| | NAME OF SENTENCING JUDGE Honorable Ernest C. Torres Chief U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM: February 23, 2004    TO: February 22, 2007 |

OFFENSE

Bank Robbery, 18, USC, Section 2113(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

_8/25/05_      _Ernest C. Torres_
Date      Honorable Ernest C. Torres
     Chief U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Sept. 27, 2005_      _William A. Young_
Date      United States District Judge